AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) | Case: 1:21-mj-00533 |
|---|---|---|
| v. | ) | Assigned To : Faruqui, Zia M. |
| Samuel Lazar | ) | Assign. Date : 7/21/2021 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |

Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                    Samuel Lazar                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment       ❏ Superseding Indictment       ❏ Information       ❏ Superseding Information       ☒ Complaint
❏ Probation Violation Petition       ❏ Supervised Release Violation Petition       ❏ Violation Notice       ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a) and (b) (Felony) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) and (4) - Knowingly Entering or Remaining in any Restricted Building or Grounds
Without Lawful Authority and Engaging in Physical Violence in a Restricted Building or Grounds.

2021.07.21
19:37:59 -04'00'

Date:     07/21/2021

*Issuing officer's signature*

City and state:          Washington, D.C.                    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 7/21/2021 , and the person was arrested on *(date)* 7/26/2021 at *(city and state)* EPHRATA, PA . |
| Date: 7/26/2021 |
| *Arresting officer's signature* |
| GEOFF FORD FBI |
| *Printed name and title* |